UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re:<br><br>Policarpe E. Desravines<br>Emilia Desravines<br><br>Debtor(s). | Case No. 15-11419-LMI<br><br>Chapter: 13 |

## **OBJECTION TO CONFIRMATION OF PLAN**

Secured Creditor, Nationstar Mortgage, LLC d/b/a Champion Mortgage Company, by and through its undersigned attorney, as and for its Objection to the Confirmation of Debtor's Chapter 13 Plan (Docket No. 5) and states as follows:

1. Debtor(s) own(s) the real property located at, 420 NW 84th Terrace, Miami, Fl 33150, By Virtue Of Mortgage Which Is Recorded In Official Records Book 26322, Pages 0883, In The Official Records Of Miami-Dade County in the amount of $249,000.00.

2. The Chapter 13 Plan (Docket No.5) proposed by the Debtor(s) on January 26, 2015 includes payments toward the mortgage account with Secured Creditor, however, the figures used by the Debtor(s) are inaccurate and do not conform to said creditor's Proof of Claim.

3. The Proof of Claim prepared by Movant shows an approximate total arrearage due under its mortgage of $26,065.31, and the total debt of $160,652.55. Debtor's Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325(a)(5).

4. Accordingly, Secured Creditor objects to any plan which proposes to pay Secured Creditor anything less than $26,065.31 as the pre-petition arrearage over the life of the plan.

10266326.1

WHEREFORE, Secured Creditor respectfully requests entry of an order which denies confirmation of the proposed Chapter 13 Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that on this May 7, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice to the following CM/ECF participants electronically and/or via US Mail.

**Policarpe E. Desravines**
**Emilia Desravines**
420 NW 84 Terrace
Miami, FL 33150

*Trustee*
**Nancy K. Neidich**
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

**Lissette Labrousse**
3000 Biscayne Blvd # 500
Miami, FL 33137

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Barry Turner, Esq.
Barry Turner, Esq
Florida Bar No. 85535
Trade Centre South, Suite 700
100 West Cypress Creek Road
Fort Lauderdale, FL 33309
Tel: (561) 838-4543
Fax: (561) 514-3443
Email: Barry.Turner@gmlaw.com

10266326.1