**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑ **2nd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Policarpe E. Desravines**    JOINT DEBTOR: **Emilia Desravines**    CASE NO.: **15-11419**
Last Four Digits of SS# **xxx-xx-7046**    Last Four Digits of SS# **xxx-xx-8711**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **$335.39** for months **1** to **60** ;
  B.  $ _____ for months _____ to _____ ;
  C.  $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **0.00**    TOTAL PAID $ **0.00**
         Balance Due     $ **-NONE-**  payable $ _____ /month  (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

Champion Mortgage (reverse mortgage)
Arrearage on Petition Date  $  18,233.81
Address: PO Box 40724       Arrears Payment  $  303.90 /month  (Months **1** to **60**)
Account No: 838397          Regular Payment  $  0 /month  (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Sunset Palm Villas Condo. Assoc. Inc.** | **Homestead, Real Property Unit 420 Phase III of the Sunset Palm Villas Condominium; with an undivided .00433% interest in the common elements of the Association for: that Declaration of Sunset Palm Villas CONDOMINIUM; Recorded in the Official Public Records Books of Miami-Dade County, FL Book 19404 at Page 1176 Location: 420 NW 84 Terrace, Miami FL 33150 Value: $46,390.00** $ | % | $ | To | **$0 - AVOID THE LIEN IN FULL** |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due  $ _____
        Payable  $ _____ /month  (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **1.00** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
-NONE-

LF-31 (rev. 01/08/10)

**Special Intentions:**
**Sunset Palm Villas Condo. Assoc. Inc.: Debtor intends to avoid lien. The debtor shall make contractual payments for 420 NW 84 Terrace, Miami, FL to Sunset Palm Villas Condo. Assoc., Inc. outside of the plan. Debtor acknowledges creditor has stay relief upon confirmation. All further litigation shall take place in state court.**

**Champion Mortgage is a reverse mortgage.**

**At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4).**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| **/s/ Policarpe E. Desravines** | **/s/ Emilia Desravines** |
|---|---|
| **Policarpe E. Desravines** | **Emilia Desravines** |
| Debtor | Joint Debtor |
| Date:  **June 9, 2015** | Date:  **June 9, 2015** |