UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Policarpe Desravines           Case No. 15-11419 LMI
      and Emilia Desravines

                                    Chapter 13

_____Debtor(s)_____/

## SUGGESTION OF DEATH

Debtor Emilia Desravines gives notice that her husband, co-debtor Policarpe Desravines, died on February 9, 2016. Debtor Emilia Desravines will continue with the Chapter 13 bankruptcy case.

Dated February 17, 2016.

                                Respectfully submitted,
                                LEGAL SERVICES OF GREATER
                                MIAMI, INC.
                                By _____/s/_____
                                Carolina A. Lombardi
                                Florida Bar No.  241970
                                Attorney for Debtor
                                3000 Biscayne Boulevard
                                Suite 500
                                Miami, FL 33137
                                Telephone: (305) 438-2427
                                Primary Email: CLombardi@legalservicesmiami.org
                                Alt Email: PBerrios@legalservicesmiami.org