UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Policarpe Desravines           Case No. 15-11419 LMI
      and Emilia Desravines
                                                                       Chapter 13

_____Debtor(s)_____/

### DEBTOR EMILIA DESRAVINES' MOTION TO REINSTATE CHAPTER 13 CASE AND CERTIFICATION THAT COUNSEL IS HOLDING FUNDS

Pursuant to Local Rule 9013-1 (E), Debtor Emilia Desravines moves the Court to reinstate her Chapter 13 case which was dismissed on October 19, 2017, and states:

1.      Debtor is a widow who only speaks Creole and does not read nor write in Creole nor English.

2.      Since this case was filed Debtor has had someone assisting her with the mechanics of Plan payments and then person did not assist Debtor for several months which led to confusion on Debtor's part.

3.      Debtor's counsel certifies that she is holding funds for the Plan payments due through November 26, 2017.

December 1, 2017.                    LEGAL SERVICES OF GREATER
                                                   MIAMI, INC.

                                                   By _____/s/_____
                                                   Carolina A. Lombardi
                                                   Florida Bar No.  241970
                                                   Attorney for Debtor
                                                   4343 West Flagler Street Suite 100
                                                   Miami, FL 33134
                                                   Telephone and Facsimile: (305) 438-2427
                                                   Email: CLombardi@legalservicesmiami.org
                                                   Alt: MCabrera@legalservicesmiami.org