UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Policarpe Desravines
and Emilia Desravines

Case No. 15-11419 LMI

Chapter 13

_____ Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 1, 2017, a true and correct copy of Debtor Emilia Desravines' Motion to Reinstate Chapter 13 Case & Certification that Counsel is Holding Funds [DE 88] and Notice of Hearing [DE 89] was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason D Silver on behalf of Creditor Champion Mortgage Company
bankruptcy@gmlaw.com, bankruptcy@gmlaw.com

Shirley Palumbo on behalf of Creditor Champion Mortgage Company
bankruptcy@gmlaw.com, bankruptcy@gmlaw.com

**and on December 4, 2017 by US first class mail  to:**

Shirley Palumbo, Esq.
Greenspoon Marder, PA
City Place Tower
525 Okeechobee Blvd., Suite 1570
W. Palm Beach, FL 33401

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Case NO.: 15-11419 LMI
Page -2-
_____/

TD Auto Finance
PO Box 16041
Lewiston, ME 04243

Stoneberry
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX 75380

Cavalry SPV I, LLC, as assignee of Synchrony Bank/J Cavalry SPV I, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Cavalry SPV I, LLC as assignee of Synchrony Bank/J
Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595

Ashro Lifestyle
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor(s)

4343 W. Flagler St., S-100
Miami, FL 33134
Telephone: (305) 438-2427
Primary Email:CLombardi@legalservicesmiami.org
Alt Email: mcabrera@legalservicesmiami.org