**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Policarpe Desravines             Case No. 15-11419 LMI
        and Emilia Desravines
                                         Chapter 13
                Debtor(s)        /

### DEBTOR EMILIA DESRAVINES' MOTION TO DIRECT TRUSTEE TO ISSUE REFUND CHECK IN NAME OF EMILIA DESRAVINES ONLY

1. This Chapter 13 case is dismissed as of October 19, 2017, (DE86) and Debtor has filed a Motion to Reinstate (DE88) and Notice of Hearing (DE89).

2. After the case was dismissed, Debtor made the following payments to the Trustee: money order 107918967563 in the amount of $63.39; money order 107918966903 in the amount of $270.00; and, money order 107756542620 in the amount of $335.39.

3. The Trustee's office has indicated that the Trustee will refund these sums in a Trustee check payable to Debtors Policarpe and Emilia Desravines.

4. However, Debtor Policarpe Desravines died intestate on February 9, 2016, and a Suggestion of Death was filed with the Court. (DE72) In the Suggestion Debtor Emilia Desravines indicated that she was continuing with the Chapter 13 case.

5. No probate case was opened for Policarpe Desravines.

6. The money order payments referenced in paragraph 2 were made by Emilia Desravines.

7. Debtor Emilia Desravines will be unable to cash the Trustee refund check of $670.78 if Policarpe is the payee along with Emilia.

8. Debtor Emilia Desravines moves the Court to order the Trustee to issue a refund check solely in the name of Debtor Emilia Desravines.

December 21, 2017.                LEGAL SERVICES OF GREATER MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org