UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  Policarpe Desravines    Case No. 15-11419 LMI
and Emilia Desravines

Chapter 13

_____Debtor(s)_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 21, 2017, a true and correct copy of Debtor Emilia Desravines' Motion to Direct Trustee to Issue Refund Check in Name of Emilia Desravines Only [DE 91] and Notice of Hearing [DE 92] was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jason D Silver on behalf of Creditor Champion Mortgage Company
bankruptcy@gmlaw.com, bankruptcy@gmlaw.com

Shirley Palumbo on behalf of Creditor Champion Mortgage Company
bankruptcy@gmlaw.com, bankruptcy@gmlaw.com

**and by US first class mail to:**

Shirley Palumbo, Esq.
Greenspoon Marder, PA
City Place Tower
525 Okeechobee Blvd., Suite 1570
W. Palm Beach, FL 33401

Case NO.: 15-11419 LMI
Page -2-
_____/

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor(s)
4343 W. Flagler St., S-100
Miami, FL 33134
Telephone: (305) 438-2427
Primary Email:CLombardi@legalservicesmiami.org
Alt Email: mcabrera@legalservicesmiami.org