IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE                                                                          Case No. 15-11419-LMI
                                                                                      Chapter 13

POLICARPE E. DESRAVINES
EMILIA DESRAVINES

_____Debtors (s)_____

### NOTICE OF WITHDRAWAL OF POST PETITION MORTGAGE FEES, EXPENSES, AND CHARGES  (DOC FILED ON MARCH 15, 2018)

COMES NOW Champion Mortgage Company, by and through its undersigned attorney, hereby withdraws its Notice of Post Petition Mortgage Fees, expenses and Charges (Doc filed on 3-15-18).

I HEREBY CERTIFY that on this 26th day of June, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

/s/ Shirley Palumbo
Shirley Palumbo, Esq.
Florida Bar No. 73520
Greenspoon Marder LLP
City Place, 525 Okeechobee Blvd.
Suite 900
Tel: (954)491-11120
Fax: (954)343-6982
Email: shirley.palumbo@gmlaw.com

**Mailing List:**

**Policarpe E. Desravines**
**Emilia Desravines**
420 NW 84 Terrace
Miami, FL 33150

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Carolina A Lombardi**
3000 Biscayne Blvd # 500
Miami, FL 33137